OPINION — AG — ** BOARD OF OSTEOPATHIC EXAMINERS — SUBSTITUTION OF EXAMINATION REQUIREMENTS ** THE STATE BOARD OF OSTEOPATHIC EXAMINERS MAY SUBSTITUTE THE NATIONAL BOARD OF EXAMINATION FOR THEIR STATE EXAMINATION SO LONG AS THE NATIONAL BOARD EXAMINATION FULFILLS THE REQUIREMENTS SET FORTH IN 59 O.S. 1971 632 [59-632] CITE: 59 O.S. 1971 628 [59-628], 59 O.S. 1971 632 [59-632] 59 O.S. 1971 624 [59-624] (J. ANGELA ABLES)